**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                               Case No. 6:11-cr-70-Orl-18GJK

FIDEL CAMPUSANO-SANCHEZ

---

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, there being no timely objection, the plea of guilty of the Defendant to Count One (1) of the Superseding Information is now accepted and the Defendant is ADJUDGED GUILTY of such offense(s). A sentencing hearing has been scheduled and will be conducted pursuant to separate notice.

**DONE and ORDERED** in Orlando, Florida this 12 day of April, 2011.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant